E-FILED
Monday, 04 August, 2008  12:43:00 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL ) <br> BUSINESS ASSET FUNDING ) <br> CORPORATION OF CONNECTICUT, ) <br> a Delaware corporation ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> SERIOUS PIZZA, INC., an Illinois ) <br> Corporation, and PAUL CHILCOTE ) <br> ) <br> Defendants. ) | Case No. 08-CV-01186 |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on August 4, 2008, GENERAL ELECTRIC CAPITAL BUSINESS ASSET FUNDING CORPORATION OF CONNECTICUT filed its **Verification to Complaint** with the Clerk of the Court for the United States District Court for the Central District of Illinois.

By:    /s/ William J. Dorsey
            One of Its Attorneys

William J. Dorsey
Andrew D. Hoeg (upon admission)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
312-902-5200
Firm I.D. No. 41832

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, the undersigned verifies that s/he is an authorized representative of General Electric Capital Business Asset Funding Corporation of Connecticut and verifies under penalty of perjury that the statements set forth in the foregoing pleadings are true and correct to the best of his/her knowledge.

Date: July 28, 2008

General Electric Capital Business Asset Funding Corporation of Connecticut

By: _____
Name: Todd L. Jones
A Duly Authorized Signatory